**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:26-cv-80743-EA-ARTAU/REINHART**

| | |
|---|---|
| **ELIZABETH STRAIT, individually and on behalf of all others similarly situated,**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**YODER MANAGEMENT, LLC D/B/A YODER CHEVROLET,**<br>**Defendant** | **CLASS ACTION** |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sarah K. Adams of the law firm of Cipriani & Werner, P.C., 512 E. Township Line Road, Suite 305, Blue Bell, PA 19422, phone number (610) 567-0700, for purposes of appearance as co-counsel on behalf of Yoder Management, LLC d/b/a Yoder Chevrolet in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sarah K. Adams to receive electronic filings in this case, and in support thereof states as follows:

1. Sarah K. Adams is not admitted to practice in the Southern District of Florida and is a member in good standing of the Commonwealth of Pennsylvania and United Stated District Court, Eastern District of Pennsylvania.

2. Movant, Amanda Ruggieri, Esquire, of the law firm of Cipriani & Werner, P.C., 512 E. Township Line Road, Suite 305, Blue Bell, PA 19422, phone number (610) 567-0700, is a member

in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Sarah K. Adams has made payment of this Court's $ 250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Sarah K. Adams, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sarah K. Adams at email address: SAdams@c-wlaw.com.

WHEREFORE, Amanda Ruggieri, moves this Court to enter an Order Sarah K. Adams to appear before this Court on behalf of Yoder Management, LLC d/b/a Yoder Chevrolet, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sarah K. Adams.

Dated: June 26, 2026

Respectfully submitted,
**CIPRIANI & WERNER, P.C.**

*/s/ Amanda Ruggieri*

Amanda Ruggieri (FL Bar No. 115805)
512 E. Township Line Road, Suite 305
Blue Bell, PA 19422
Phone: (610) 567-0700 | Direct: (610) 213-0105
Email: aruggieri@c-wlaw.com
**COUNSEL FOR DEFENDANT YODER MANAGEMENT, LLC D/B/A YODER CHEVROLET**